**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Timothy R. Evans**
**dba Innate Fitness, LLC**
**Lindsey R. Evans**
   Debtor(s)

Bankruptcy Case No.: 17–23680–CMB
Issued Per Mar. 29, 2018 Proceeding
Chapter: 13
Docket No.: 23 – 2, 16
Concil. Conf.: July 12, 2018 at 09:30 AM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 13, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jul. 12, 2018 at 09:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: I.R.S. at Claim No. 1; ACAR Leasing Ltd at Claim No. 5; USB Leasing Lt at Claim No. 13 .

☐ H. Additional Terms:

*(2.)*  *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**  **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**  **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**  **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**  **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**  **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: April 3, 2018

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                                  United States Bankruptcy Court
                                  Western District of Pennsylvania
In re:                                                                    Case No. 17-23680-CMB
Timothy R. Evans                                                          Chapter 13
Lindsey R. Evans
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2         User: jhel                   Page 1 of 2                  Date Rcvd: Apr 03, 2018
                             Form ID: 149                 Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db/jdb         +Timothy R. Evans,    Lindsey R. Evans,    307 Chanticleer Circle,    New Stanton, PA 15672-9426
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
14725089       +ACAR Leasing LTD d/b/a GM Financial Leasing,    P.O. Box 183853,    Arlington, TX 76096-3853
14692317      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    15000 Capital One Drive,    Richmond, VA 23238)
14723954        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14692318       +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
14692319       +Comenity Bank/Buckle,    P.O. Box 182789,    Columbus, OH 43218-2789
14692320       +Comenity Bank/Victorias Secret,    P.O. Box 182789,    Columbus, OH 43218-2789
14692323       +GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
14692324        Justice/Capital One Bank,    P.O. Box 30258,    Salt Lake City, UT 84130-0258
14707727       +Medallion Bank,    c/o Systems & Services Technologies, Inc,     PO Box 9013,
                 Addison, Texas 75001-9013
14692325       +Pennymac Loan Services,    6101 Condor Drive,    Moorpark, CA 93021-2602
14748955        Pennymac Loan Services, LLC,    P.O. Box 2010,    Moorpark, CA, 93020
14692326       +SST/Medallion,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
14692327        Stoneleigh Recovery Associates, LLC,    P.O. Box 1479,    Lombard, IL 60148-8479
14692330       +TD Bank USA/Target Credit,    P.O. Box 673,    Minneapolis, MN 55440-0673
14692331       +The Bureaus Inc.,    1717 Central Street,    Evanston, IL 60201-1507
14692332       +The Home Depot/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14692334       +US Bank,    P.O. Box 130,    Hillsboro, OH 45133-0130
14759420        USB Leasing LT,    c/o U.S. Bank National Association,    Bankruptcy Department,     PO Box 5229,
                 Cincinnati, Ohio 45201-5229
14692333       +United Collection Bureau, Inc.,    5620 Southwyck Boulevard,    Suite 206,
                 Toledo, OH 43614-1501
14756141       +Westmoreland Community Federal Credit Union,     2900 Seminary Drive, Building G,
                 Greensburg, PA 15601-3734
14692335       +Westmoreland Fed Emp FCU,    238 S. Pennsylvania Avenue,    Greensburg, PA 15601-3007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14750542       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2018 02:08:16
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
14692322        E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2018 02:14:48     Gap Visa/Synchony Bank,
                 P.O. Box 960017,    Orlando, FL 32896-0017
14692321        E-mail/Text: cio.bncmail@irs.gov Apr 04 2018 01:52:23     Dept. of the Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999-0030
14705383        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2018 01:56:00
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14692674       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2018 01:50:43
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14760440        E-mail/Text: bnc-quantum@quantum3group.com Apr 04 2018 01:52:31
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14692328       +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2018 02:08:41     Syncb/Lumber Liquidators,
                 P.O. Box 965036,    Orlando, FL 32896-5036
14692329       +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2018 02:08:40     Syncb/TJMaxx,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14757443       +E-mail/Text: bncmail@w-legal.com Apr 04 2018 01:53:04     TD BANK USA, N.A.,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Medallion Bank
cr              Pennymac Loan Services, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                            TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Apr 03, 2018
                              Form ID: 149            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
          Brian J. Bleasdale    on behalf of Joint Debtor Lindsey R. Evans bleasdb@yahoo.com
          Brian J. Bleasdale    on behalf of Debtor Timothy R. Evans bleasdb@yahoo.com
          James   Warmbrodt    on behalf of Creditor    Medallion Bank bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas   Song    on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com
          William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
           ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                            TOTAL: 7
```