# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | TIMOTHY R. & LINDSEY R. EVANS |
| Case Number: | 17-23680-CMB  Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 12, 2018 09:30 AM  3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
7/13/18 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#2 - Final Confirmation of Plan Dated 9/13/2017 (NFC)
R / M #:  2 / 0

*Appearances:*

Debtor: Bleasdale
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor: Westmoreland Community FCU  D'Antonio
         Medallion Bank: Warmbrodt

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9/13/18 at 10:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/5/2018    9:28:55AM