**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-23680-CMB |
| **Timothy R. Evans** ) | |
| **Lindsey R. Evans** ) | |
| ) | |
| **Debtors** ) | Chapter 13 |
| ) | Document No. _____ |
| ) | Related to Document No. 27 |

**<u>CONSENT ORDER MODIFYING SEPTEMBER 262018 ORDER</u>**

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated September 26, 2018, it is

IT IS FURTHER ORDERED that Part "1.G." be amended to add the following: The Claim of USB Leasing LT (Claim No. 13) shall fully govern.

The Order dated September 26, 2018 otherwise remains in full force and effect.

BY THE COURT:

_____
Carlota M. Bohm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Brian J. Bleasdale
Brian J. Bleasdale
Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215
412-726-7713
bleasdb@yahoo.com