IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-23680-CMB |
| Timothy R. Evans ) | |
| Lindsey R. Evans ) | |
| ) | |
| Debtors ) | Chapter 13 |
| ) | Document No. 30 |
| ) | Related to Document No. 27 |

**CONSENT ORDER MODIFYING SEPTEMBER 26 2018 ORDER**

AND NOW, this  9th  day of  October , 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated September 26, 2018, it is

IT IS FURTHER ORDERED that Part "1.G." be amended to add the following: The Claim of USB Leasing LT (Claim No. 13) shall fully govern.

The Order dated September 26, 2018 otherwise remains in full force and effect.

BY THE COURT:

_____
Carlota M. Bohm                    **dms**
U.S. BANKRUPTCY JUDGE

FILED
10/9/18 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Brian J. Bleasdale
Brian J. Bleasdale
Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215
412-726-7713
bleasdb@yahoo.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23680-CMB
Timothy R. Evans                                                        Chapter 13
Lindsey R. Evans
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1                Date Rcvd: Oct 09, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db/jdb         +Timothy R. Evans,   Lindsey R. Evans,   307 Chanticleer Circle,   New Stanton, PA 15672-9426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              Brian J. Bleasdale    on behalf of Debtor Timothy R. Evans bleasdb@yahoo.com
              Brian J. Bleasdale    on behalf of Joint Debtor Lindsey R. Evans bleasdb@yahoo.com
              James  Warmbrodt    on behalf of Creditor    Medallion Bank bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    Pennymac Loan Services, LLC jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com
              William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 8