IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TIMOTHY R. EVANS, and<br>LINDSEY R. EVANS,<br>　　　Debtors,<br><br>SYSTEMS & SERVICES TECHNOLOGIES, INC. AS SERVICER FOR MEDALLION BANK,<br><br>　　　　Movant,<br><br>　　v.<br><br>TIMOTHY R. EVANS,<br>LINSDEY R. EVANS and,<br>RONDA J WINNECOUR, Chapter 13 Trustee.<br><br>　　　　Respondents. | Bankruptcy No.  17-23680-CMB<br><br>Chapter 13<br><br><br>Doc. No. |

## CERTIFICATE OF SERVICE

　　　I, the under signed, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 4th day of December, 2019, I served a copy of the Notice of Hearing with Response Deadline, together with Motion for Relief from the Automatic Stay upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| | |
|---|---|
| Timothy R. Evans<br>Lindsey R. Evans<br>307 Chanticleer Circle<br>New Stanton, PA 15672-9426 | Brian J. Bleasdale<br>Emerson Professional Building<br>101 Emerson Avenue<br>Aspinwall, PA 15215 |

| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA  15219 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |
|---|---|

By:/s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8135

Counsel for Systems & Services Technologies, Inc. as Servicer for Medallion Bank