IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TIMOTHY R. EVANS, and<br>LINDSEY R. EVANS,<br>　　　　Debtors,<br><br>SYSTEMS & SERVICES TECHNOLOGIES,<br>INC. AS SERVICER FOR MEDALLION BANK,<br><br>　　　　Movant,<br><br>　v.<br><br>TIMOTHY R. EVANS,<br>LINSDEY R. EVANS and,<br>RONDA J WINNECOUR, Chapter 13 Trustee.<br><br>　　　　Respondents. | Bankruptcy No.  17-23680-CMB<br><br>Chapter 13<br><br><br>Doc. No. 34 |

## CERTIFICATE OF NO OBJECTION OR RESPONSE

　　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 34, and served on the Respondents herein has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than December 23, 2019.

　　　　It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By:/s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　　　Suite 2200, Gulf Tower
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　(412) 456-8112
　　　　　　　　　　　　　　　　　　　　Fax: (412) 456-8135

Dated:  December 24, 2019