IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TIMOTHY R. EVANS, and<br>LINDSEY R. EVANS,<br>           Debtors,<br><br>SYSTEMS & SERVICES TECHNOLOGIES,<br>INC. AS SERVICER FOR MEDALLION<br>BANK,<br><br>           Movant,<br><br>           v.<br><br>TIMOTHY R. EVANS,<br>LINSDEY R. EVANS and,<br>RONDA J WINNECOUR, Chapter 13<br>Trustee.<br><br>           Respondents. | Bankruptcy No. 17-23680-CMB<br><br>Chapter 13<br><br>Doc. No.   34 |

<u>ORDER OF COURT</u>          **ENTERED BY DEFAULT**

AND NOW, this __26th__ day of __December__, 2019, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED that:

Relief from the Automatic Stay is granted to Systems & Services Technologies, Inc. as Servicer for Medallion Bank as to its interest in the Inground Pool at 307 Chanticleer Circle, New Stanton, PA 15672.

FILED
12/26/19 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_/s/ Carlota M. Böhm_ dmk
Judge Carlota M. Bohm
U.S. Bankruptcy Court Chief Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23680-CMB
Timothy R. Evans                                                        Chapter 13
Lindsey R. Evans
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1           Date Rcvd: Dec 26, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
db/jdb         +Timothy R. Evans,   Lindsey R. Evans,   307 Chanticleer Circle,   New Stanton, PA 15672-9426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
              Brian J. Bleasdale    on behalf of Debtor Timothy R. Evans bleasdb@yahoo.com
              Brian J. Bleasdale    on behalf of Joint Debtor Lindsey R. Evans bleasdb@yahoo.com
              James  Warmbrodt     on behalf of Creditor   Medallion Bank bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    Pennymac Loan Services, LLC jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor   Systems & Services Technologies, Inc. as servicer for
               Medallion Bank kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              Natalie N. Piscione    on behalf of Creditor    PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND
               COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com,    ndantonio@covellilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com
              William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11