IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>TIMOTHY R. EVANS<br>LINDSEY R. EVANS,<br>**Debtor(s)** | )<br>)<br>) Bankruptcy No. 17-23680-CMB<br>)<br>) Chapter 13 |
| ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING,<br>**Movant** | )<br>) Related To Document No. 41<br>)<br>) |
| v. | ) Response Deadline: 3/30/20<br>) |
| TIMOTHY R. EVANS<br>LINDSEY R. EVANS,<br>**Respondent(s)** | ) **Hearing Date: 4/15/20 at 10:00 AM**<br>)<br>) |
| RONDA J. WINNECOUR,<br>**Trustee** | )<br>) |

# ENTERED BY DEFAULT

## ORDER OF COURT

AND NOW, this ___31st___ day of ___March___, 2020, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant ACAR Leasing, LTD d/b/a GM Financial Leasing is permitted to enforce its rights in the property described as a **2017 GMC Acadia** bearing vehicle identification number 1GKKNXLS9HZ218966, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

_____
UNITED STATES BANKRUPTCY JUDGE

FILED
3/31/20 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-23680-CMB
Timothy R. Evans                                                      Chapter 13
Lindsey R. Evans
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dsaw                  Page 1 of 1               Date Rcvd: Mar 31, 2020
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
db/jdb         +Timothy R. Evans,   Lindsey R. Evans,   307 Chanticleer Circle,   New Stanton, PA 15672-9426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
          Brian J. Bleasdale    on behalf of Debtor Timothy R. Evans bleasdb@yahoo.com
          Brian J. Bleasdale    on behalf of Joint Debtor Lindsey R. Evans bleasdb@yahoo.com
          James  Warmbrodt     on behalf of Creditor    Medallion Bank bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com
          Jodi L. Hause    on behalf of Creditor    Pennymac Loan Services, LLC jodi.hause@phelanhallinan.com,
           pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor    Systems & Services Technologies, Inc. as servicer for
           Medallion Bank kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
          Natalie N. Piscione    on behalf of Creditor    PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND
           COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com,   ndantonio@covellilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com
          William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
           ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 11