# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 17-23680** |
| **Timothy R. Evans DBA Innate Fitness, LLC** | : **Chapter 13** |
| | : **Judge Carlota M. Bohm** |
| **Lindsey R. Evans** | : * * * * * * * * * * * * * * * * * * |
| | |
| **Debtor(s)** | |
| | : |
| **U.S. Bank, National Association** | : **Related Document #** |
| Movant, | : |
| vs | : |
| | : |
| **Timothy R. Evans DBA Innate Fitness, LLC** | : |
| **Lindsey R. Evans** | : |
| | : |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for U.S. Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
    Karina Velter, Esquire (94781)
    Adam B. Hall (323867)
    Sarah E. Barngrover (323972)
    Edward H. Cahill (0088985)
    Stephen R. Franks (0075345)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

20-019318_PS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-23680** |
| **Timothy R. Evans DBA Innate Fitness, LLC** : | **Chapter 13** |
| : | **Judge Carlota M. Bohm** |
| **Lindsey R. Evans** : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| : | |
| **U.S. Bank, National Association** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Timothy R. Evans DBA Innate Fitness, LLC** : | |
| **Lindsey R. Evans** : | |
| : | |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 23, 2020.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Brian J. Bleasdale, Attorney for Timothy R. Evans DBA Innate Fitness, LLC and Lindsey R. Evans, bleasdb@yahoo.com

Service by First-Class Mail:
Timothy R. Evans DBA Innate Fitness, LLC and Lindsey R. Evans, 307 Chanticleer Circle, New Stanton, PA 15672

EXECUTED ON: October 23, 2020

By: /s/ Karina Velter
Signature
Karina Velter, Esquire

20-019318_PS

Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

20-019318_PS