# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-23680** |
| **Timothy R. Evans DBA Innate Fitness, LLC** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| **Lindsey R. Evans** | : | *** * * * * * * * * * * * * * * * * *** |
| | | |
| **Debtor(s)** | | |
| | : | |
| **U.S. Bank National Association** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **January 27, 2021 at 10:00 a.m.** |
| | : | |
| **Timothy R. Evans DBA Innate Fitness, LLC** | : | **Courtroom B, 54th Floor** |
| | : | **U.S. Steel Tower** |
| **Lindsey R. Evans** | : | **600 Grant Street** |
| | : | **Pittsburgh, PA 15219** |
| **Ronda J. Winnecour** | | |
| **Respondents.** | | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT U.S. BANK NATIONAL ASSOCIATION TO REPOSSESS THE 2017 DODGE RAM 1500 WITH THE VEHICLE IDENTIFICATION NUMBER 3C6RR7LT5HG593039 (DOCUMENT NO. 51)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on December 21, 2020 at Document No. 51 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 7, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Sarah E. Barngrover
_____
Karina Velter, Esquire (94781)

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | **Case No.: 17-23680** |
| **Timothy R. Evans DBA Innate Fitness, LLC** | **:** | **Chapter 13** |
| | **:** | **Judge Carlota M. Bohm** |
| **Lindsey R. Evans** | **:** | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | **Debtor(s)** | |
| | **:** | |
| **U.S. Bank National Association** | **:** | **Date and Time of Hearing** |
| Movant, | **:** | **Place of Hearing** |
| vs | **:** | **January 27, 2021 at 10:00 a.m.** |
| | **:** | |
| **Timothy R. Evans DBA Innate Fitness, LLC** | **:** | **Courtroom B, 54th Floor** |
| | **:** | **U.S. Steel Tower** |
| **Lindsey R. Evans** | **:** | **600 Grant Street** |
| | **:** | **Pittsburgh, PA 15219** |
| **Ronda J. Winnecour** | | |
| **Respondents.** | | |

### CERTIFICATE OF SERVICE OF CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT U.S. BANK NATIONAL ASSOCIATION TO REPOSSESS THE 2017 DODGE RAM 1500 WITH THE VEHICLE IDENTIFICATION NUMBER 3C6RR7LT5HG593039 (DOCUMENT NO. 51)

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) January 12, 2021 .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:
 first class and ecf .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: January 12, 2021

By: /s/ Sarah E. Barngrover

Signature
Sarah E. Barngrover
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
323972
List Bar I.D. and State of Admission

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

Brian J. Bleasdale, Attorney for Debtor, Emerson Professional Building, 101 Emerson Avenue, Aspinwall, PA  15215 (notified by ecf)

Timothy R. Evans DBA Innate Fitness, LLC and Lindsey R. Evans, Debtor, 307 Chanticleer Circle, New Stanton, PA  15672 (notified by regular US Mail)