**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Timothy R. Evans dba Innate Fitness, LLC and Lindsey R. Evans | Bankruptcy No. 17-23680-CMB  Chapter 13 |
| Debtor | Related Documents: 58 |
| Ronda J. Winnecour, Chapter 13 Trustee  Movant  v.  PennyMac Loan Services, LLC  Timothy R. Evans dba Innate Fitness, LLC and Lindsey R. Evans  Respondents | |

**RESPONSE TO TRUSTEE'S INTERIM NOTICE OF CURE OF ARREARS**
**DATED January 20, 2021**

Respondent, PennyMac Loan Services,LLC, (hereinafter "Respondent"), by and through its attorney Ann E. Swartz, Esquire, and McCabe, Weisberg & Conway, LLC., hereby responds to Trustee's Interim Notice of Cure of Arrears dated January 20, 2021 as follows:

1) Respondent agrees that the prepetition arrears in the amount of $1,967.57 have been paid in full.

Dated: 02/10/2021

        Respectfully submitted,
        McCABE, WEISBERG & CONWAY, LLC.

        <u>/s/ Ann E. Swartz, Esquire</u>
        ANN E. SWARTZ, ESQUIRE, I.D. # 201926
        Attorney for PennyMAc Loan Services, LLC
        123 South Broad Street, Suite 1400
        Philadelphia, PA  19109
        Telephone: (215) 790-1010
        Facsimile: (215) 790-1274
        Email: ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Timothy R. Evans dba Innate Fitness, LLC and<br>Lindsey R. Evans<br>        Debtors<br>Ronda J. Winnecour<br>        Movant<br>v.<br>PennyMac Loan Services, LLC<br>Timothy R. Evans dba Innate Fitness, LLC and<br>Lindsey R. Evans<br>        Respondents | Bankruptcy No. 17-23680-CMB<br>Chapter 13<br><br>Related Documents: 58 |

**CERTIFICATE OF SERVICE**

     I hereby certify that on the date shown below, I served a true and correct copy of Response to Trustee's Interim Notice of Cure of Arrears on the parties listed below, by electronic means or regular United States mail, postage prepaid, addressed as follows:

Ronda J. Winnecour
Chapter 13 Standing Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219
Via ECF

Brian J. Bleasdale
Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215
Via ECF

Timothy R. Evans dba Innate Fitness, LLC
307 Chanticleer Circle
New Stanton, PA 15672
Via United States Mail

Lindsey R. Evans
307 Chanticleer Circle
New Stanton, PA 15672
Via United States Mail

Dated: 02/10/2021

        Respectfully submitted,
        McCABE, WEISBERG & CONWAY, LLC

        /s/ Ann E. Swartz, Esquire
        ANN E. SWARTZ, ESQUIRE, I.D. # 201926
        Attorney for PennyMac Loan Services, LLC
        123 South Broad Street, Suite 1400
        Philadelphia, PA  19109
        Telephone: (215) 790-1010
        Facsimile: (215) 790-1274
        Email: ecfmail@mwc-law.com