**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **In re:** | **:** | |
| | **:** | |
| **Withdrawal of Appearances by Karina** | **:** | **Miscellaneous Case No: 21-205 CMB** |
| **Velter in Various Open Cases, and Entry** | **:** | |
| **of Appearance of Replacement Counsel** | **:** | |
| **Stephen R. Franks in Various Open Cases** | **:** | |
| | **:** | |
| | **:** | |

**ORDER GRANTING OMNIBUS MOTION FOR LEAVE TO WITHDRAW AND
SUBSTITUTE ATTORNEY IN VARIOUS PENDING CASES PURSUANT TO WDPA
LBR 9010-2(g)**

AND NOW, this __4th__ day of _____March_____, 20_21__, upon consideration of

the Omnibus Motion to Withdraw and Substitute Attorney and for good cause shown, the Clerk

of Courts for the Western District of Pennsylvania, Bankruptcy Division shall substitute attorney

Stephen R. Franks as the attorney of record for all open cases listed on the Exhibit attached to

Movant's Motion to Substitute.

Carlota M. Böhm
dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
3/4/21 7:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

20-018890_EHC