IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

|  |  |  |
|---|---|---|
| | : | Case No. 17-23680-CMB |
| Timothy R. Evans | : | |
| Lindsey R. Evans | : | Chapter 13 |
| _____ | : | |
| | : | Doc #66 |
| Timothy R. Evans | : | |
| Timothy R. Evans | : | |
| | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| PennyMac Loan Services, LLC | : | |
| | : | |
| Respondent | : | |

## DECLARATION REGARDING MONTHLY PAYMENT CHANGE

**AND NOW**, come Debtors, Timothy R. Evans and Lindsey R. Evans, by and through her attorney, Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, PC, and file the within Declaration Regarding Monthly Payment Change, and in support of aver as follows:

1.    The Debtors are Timothy R. Evans and Lindsey R. Evans, adult individuals presently residing at 307 Chanticleer Circle, New Stanton, PA 15672.

2.    Counsel for Debtors is Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, P.C.

3.    The mortgage company for Debtors' residence is PennyMac Loan Services, LLC.

4.    The new post-petition monthly payment payable to PennyMac Loan Services, LLC is $1,611.06 effective November 2021, per the Notice of Mortgage Payment Change dated September 24, 2021.

5.    Debtors' counsel has reviewed the existing plan, recomputed the plan payment, and finds that the existing payment is sufficient to fund the plan.

Respectfully submitted,


Date:  October 6, 2021                    By: /s/ Brian J. Bleasdale
                                          Brian J. Bleasdale
                                          BLEASDALE LAW OFFICE, PC
                                          Emerson Professional Building
                                          101 Emerson Avenue
                                          Aspinwall, PA 15215
                                          Tel: 412-726-7713
                                          Fax: 412-404-8958
                                          bbleasdale@bleasdalelaw.com