Certificate Number: 14912-PAW-DE-036823061

Bankruptcy Case Number: 17-23680



14912-PAW-DE-036823061

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2022, at 10:13 o'clock PM EDT, Timothy Evans completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 11, 2022          By:   /s/Jai Bhatt

                                    Name: Jai Bhatt

                                    Title: Counselor