IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                      :      Case No. 17-23680-CMB
    Timothy R. Evans and                    :
    Lindsey R. Evans,                       :      Chapter 13
                                            :
            Debtors.                        :      Docket No. 77
_____         :
                                            :
    Timothy R. Evans and                    :
    Lindsey R. Evans,                       :
                                            :
            Movants,                        :
                                            :
    vs.                                     :
                                            :
Pennymac Loan Services, LLC                 :
                                            :
            Respondent.                     :

### DECLARATION REGARDING MONTHLY PAYMENT CHANGE

**AND NOW**, comes the Debtors, Timothy R. Evans and Lindsey R. Evans, by and through their attorney, Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, PC, and files the within Declaration Regarding Monthly Payment Change, and in support of aver as follows:

1.    The Debtors are adult individuals presently residing at 307 Chanticleer Circle, New Stanton, PA 15672.

2.    Counsel for Debtors is Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, P.C.

3.    The mortgage company for Debtors' residence is Pennymac Loan Services, LLC.

4.      The new post-petition monthly payment payable to Pennymac Loan Services, LLC is $1,721.50 effective November 1, 2022, per the Notice of Mortgage Payment Change dated September 16, 2022 at Claim Number 8.

5.      Debtors' counsel has reviewed the existing plan, recomputed the plan payment, and finds that the existing payment is sufficient to fund the plan.

Respectfully submitted,

Date: <u>October 6, 2022</u>

By: <u>/s/ Brian J. Bleasdale</u>
Brian J. Bleasdale
BLEASDALE LAW OFFICE, PC
Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215
Tel: 412-726-7713
Fax: 412-404-8958
bbleasdale@bleasdalelaw.com