**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Timothy R. Evans**
**dba Innate Fitness, LLC**
**Lindsey R. Evans**
   Debtor(s)

Bankruptcy Case No.: 17−23680−CMB

Chapter: 13
Docket No.: 80 − 79

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 23rd of November, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/7/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/19/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/7/23.**

                                                        Carlota M. Bohm
                                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-23680-CMB
Timothy R. Evans  Chapter 13
Lindsey R. Evans
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Nov 23, 2022     Form ID: 408v     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy R. Evans, Lindsey R. Evans, 307 Chanticleer Circle, New Stanton, PA 15672-9426 |
| 14692324 | | Justice/Capital One Bank, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 15428750 | ++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734 address filed with court:, PHEPLE FEDERAL CREDIT UNION, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601 |
| 15336168 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14692326 | + | SST/Medallion, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14692327 | | Stoneleigh Recovery Associates, LLC, P.O. Box 1479, Lombard, IL 60148-8479 |
| 14692335 | + | Westmoreland Fed Emp FCU, 238 S. Pennslyvania Avenue, Greensburg, PA 15601-3007 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2022 23:49:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14725089 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2022 23:49:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14750542 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2022 23:54:44 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14692317 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2022 23:54:42 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14723954 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2022 23:54:49 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14692319 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2022 23:49:00 | Comenity Bank/Buckle, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14692320 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2022 23:49:00 | Comenity Bank/Victorias Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14692323 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2022 23:49:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 14692322 | | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 23:54:50 | Gap Visa/Synchony Bank, P.O. Box 960017, Orlando, FL 32896-0017 |
| 14692321 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2022 23:49:00 | Dept. of the Treasury, Internal Revenue Service, Cincinnati, OH 45999-0030 |
| 14692318 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 23 2022 23:54:41 | Chase Card, P.O. Box 15298, Wilmington, DE |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2022 | Form ID: 408v | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19850 |
| 14707727 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Nov 23 2022 23:49:00 | Medallion Bank, c/o Systems & Services Technologies, Inc, PO Box 9013, Addison, Texas 75001-9013 |
| 14705383 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2022 23:54:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14692674 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2022 23:54:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14692325 | + | Email/PDF: ebnotices@pnmac.com | Nov 23 2022 23:54:43 | Pennymac Loan Services, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 14748955 | | Email/PDF: ebnotices@pnmac.com | Nov 23 2022 23:54:57 | Pennymac Loan Services, LLC, P.O. Box 2010, Moorpark, CA, 93020 |
| 14760440 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2022 23:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14692328 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 23:54:42 | Syncb/Lumber Liquidators, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14692329 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 23:54:56 | Syncb/TJMaxx, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14757443 | + | Email/Text: bncmail@w-legal.com | Nov 23 2022 23:49:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14692330 | + | Email/Text: bncmail@w-legal.com | Nov 23 2022 23:49:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 14692331 | + | Email/PDF: tbiedi@PRAGroup.com | Nov 23 2022 23:54:50 | The Bureaus Inc., 1717 Central Street, Evanston, IL 60201-1507 |
| 14692332 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 23:54:59 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14692334 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 23 2022 23:49:00 | US Bank, P.O. Box 130, Hillsboro, OH 45133-0130 |
| 14759420 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 23 2022 23:49:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14692333 | + | Email/Text: BAN5620@UCBINC.COM | Nov 23 2022 23:49:00 | United Collection Bureau, Inc., 5620 Southwyck Boulevard, Suite 206, Toledo, OH 43614-1501 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Medallion Bank |
| cr | | Pennymac Loan Services, LLC |
| cr | | Systems & Services Technologies, Inc. as servicer |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | USB Leasing LT |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14756141 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Westmoreland Community Federal Credit Union, 2900 Seminary Drive, Building G, Greensburg, PA 15601 |
| cr | ##+ | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG, PA 15601-3734 |

TOTAL: 5 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2022             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Medallion Bank bnicholas@kmllawgroup.com |
| Brian J. Bleasdale | on behalf of Debtor Timothy R. Evans bleasdb@yahoo.com |
| Brian J. Bleasdale | on behalf of Joint Debtor Lindsey R. Evans bleasdb@yahoo.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com |
| Karina Velter | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION kvelter@hoflawgroup.com ckohn@hoflawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Systems & Services Technologies Inc. as servicer for Medallion Bank kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor Pennymac Loan Services LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Natalie Norina Piscione | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com ndantonio@covellilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor USB Leasing LT amps@manleydeas.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 14