**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY R. EVANS<br>LINDSEY R. EVANS<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:17-23680<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 23, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/13/2017 and confirmed on 10/31/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 191,835.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 191,835.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 8,615.52 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,115.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 111,173.36 | 0.00 | 111,173.36 |
|     Acct: 8258 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,967.57 | 1,967.57 | 0.00 | 1,967.57 |
|     Acct: 8258 | | | | |
|   MEDALLION BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2744 | | | | |
| | | | | 113,140.93 |
| **Priority** | | | | |
|   BRIAN J BLEASDALE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY R. EVANS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BLEASDALE LAW OFFICE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 11,710.41 | 11,710.41 | 0.00 | 11,710.41 |
|     Acct: 0644 | | | | |
|   ACAR LEASING LTD D/B/A GM FINANCIAL | 17,294.25 | 17,294.25 | 0.00 | 17,294.25 |
|     Acct: 7204 | | | | |
|   USB LEASING LT | 20,040.54 | 20,040.54 | 0.00 | 20,040.54 |
|     Acct: 7131 | | | | |
| | | | | 49,045.20 |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC. | 8,822.86 | 1,680.84 | 0.00 | 1,680.84 |
|     Acct: 4532 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,632.05 | 501.43 | 0.00 | 501.43 |
|     Acct: 3844 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0064 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6609 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9176 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2521 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6400 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2881 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 1,017.50 | 193.84 | 0.00 | 193.84 |
| Acct: 1737 | | | | |
| MEDALLION BANK | 48,374.69 | 9,215.86 | 0.00 | 9,215.86 |
| Acct: 2744 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6003 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,147.00 | 218.51 | 0.00 | 218.51 |
| Acct: 6813 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 3,248.53 | 618.88 | 0.00 | 618.88 |
| Acct: 8714 | | | | |
| TD BANK USA NA** | 2,220.07 | 422.95 | 0.00 | 422.95 |
| Acct: 0882 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 16,081.95 | 3,063.77 | 0.00 | 3,063.77 |
| Acct: 7069 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,268.76 | 241.71 | 0.00 | 241.71 |
| Acct: 0830 | | | | |
| PHEPLE FEDERAL CREDIT UNION | 6,992.54 | 1,332.15 | 0.00 | 1,332.15 |
| Acct: 9370 | | | | |
| INTERNAL REVENUE SERVICE* | 227.88 | 43.41 | 0.00 | 43.41 |
| Acct: 0644 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2881 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COVELLI LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STONELEIGH RECOVERY ASSOC LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9882 | | | | |
| THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2547 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6400 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9843 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0379 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1766 | | | | |
| | | | | 17,533.35 |

TOTAL PAID TO CREDITORS                                                                            179,719.48

17-23680 Page 3 of 3

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 49,045.20 |
| SECURED | 1,967.57 |
| UNSECURED | 92,033.83 |

Date: 11/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    TIMOTHY R. EVANS
    LINDSEY R. EVANS
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:17-23680

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy R. Evans  
Lindsey R. Evans  
    Debtors

Case No. 17-23680-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Nov 23, 2022      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Timothy R. Evans, Lindsey R. Evans, 307 Chanticleer Circle, New Stanton, PA 15672-9426 |
| 14692324 | | Justice/Capital One Bank, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 15428750 | ++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734 address filed with court:, PHEPLE FEDERAL CREDIT UNION, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601 |
| 15336168 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14692326 | + | SST/Medallion, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14692327 | | Stoneleigh Recovery Associates, LLC, P.O. Box 1479, Lombard, IL 60148-8479 |
| 14692335 | + | Westmoreland Fed Emp FCU, 238 S. Pennslyvania Avenue, Greensburg, PA 15601-3007 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2022 23:49:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14725089 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2022 23:49:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14750542 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2022 23:54:51 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14692317 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2022 23:54:56 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14723954 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2022 23:54:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14692319 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2022 23:49:00 | Comenity Bank/Buckle, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14692320 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2022 23:49:00 | Comenity Bank/Victorias Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14692323 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2022 23:49:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 14692322 | | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 23:54:56 | Gap Visa/Synchony Bank, P.O. Box 960017, Orlando, FL 32896-0017 |
| 14692321 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2022 23:49:00 | Dept. of the Treasury, Internal Revenue Service, Cincinnati, OH 45999-0030 |
| 14692318 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 23 2022 23:54:41 | Chase Card, P.O. Box 15298, Wilmington, DE |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14707727 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Nov 23 2022 23:49:00 | Medallion Bank, c/o Systems & Services Technologies, Inc, PO Box 9013, Addison, Texas 75001-9013 |
| 14705383 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2022 23:54:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14692674 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2022 23:54:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14692325 | + | Email/PDF: ebnotices@pnmac.com | Nov 23 2022 23:54:43 | Pennymac Loan Services, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 14748955 | | Email/PDF: ebnotices@pnmac.com | Nov 23 2022 23:54:58 | Pennymac Loan Services, LLC, P.O. Box 2010, Moorpark, CA, 93020 |
| 14760440 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2022 23:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14692328 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 23:54:50 | Syncb/Lumber Liquidators, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14692329 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 23:54:42 | Syncb/TJMaxx, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14757443 | + | Email/Text: bncmail@w-legal.com | Nov 23 2022 23:49:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14692330 | + | Email/Text: bncmail@w-legal.com | Nov 23 2022 23:49:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 14692331 | + | Email/PDF: tbiedi@PRAGroup.com | Nov 23 2022 23:54:57 | The Bureaus Inc., 1717 Central Street, Evanston, IL 60201-1507 |
| 14692332 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 23:54:52 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14692334 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 23 2022 23:49:00 | US Bank, P.O. Box 130, Hillsboro, OH 45133-0130 |
| 14759420 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 23 2022 23:49:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14692333 | + | Email/Text: BAN5620@UCBINC.COM | Nov 23 2022 23:49:00 | United Collection Bureau, Inc., 5620 Southwyck Boulevard, Suite 206, Toledo, OH 43614-1501 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Medallion Bank |
| cr | | Pennymac Loan Services, LLC |
| cr | | Systems & Services Technologies, Inc. as servicer |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | USB Leasing LT |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14756141 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Westmoreland Community Federal Credit Union, 2900 Seminary Drive, Building G, Greensburg, PA 15601 |
| cr | ##+ | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG, PA 15601-3734 |

TOTAL: 5 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

Case 17-23680-CMB    Doc 82    Filed 11/25/22    Entered 11/26/22 00:25:38    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2022 | Form ID: pdf900 | Total Noticed: 33 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Medallion Bank bnicholas@kmllawgroup.com

Brian J. Bleasdale
on behalf of Debtor Timothy R. Evans bleasdb@yahoo.com

Brian J. Bleasdale
on behalf of Joint Debtor Lindsey R. Evans bleasdb@yahoo.com

Jerome B. Blank
on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com

Karina Velter
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION kvelter@hoflawgroup.com  ckohn@hoflawgroup.com

Keri P. Ebeck
on behalf of Creditor Systems & Services Technologies  Inc. as servicer for Medallion Bank kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Marisa Myers Cohen
on behalf of Creditor Pennymac Loan Services  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Natalie Norina Piscione
on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com  ndantonio@covellilaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor USB Leasing LT amps@manleydeas.com

Thomas Song
on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

William E. Craig
on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 14