IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
TIMOTHY R. EVANS
LINDSEY R. EVANS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-23680

Chapter 13

Document No.: 79

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 9th day of January, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
1/9/23 8:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE

dmk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23680-CMB |
| Timothy R. Evans | Chapter 13 |
| Lindsey R. Evans | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 09, 2023 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy R. Evans, Lindsey R. Evans, 307 Chanticleer Circle, New Stanton, PA 15672-9426 |
| 14692324 | | Justice/Capital One Bank, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 15428750 | ++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734 address filed with court:, PHEPLE FEDERAL CREDIT UNION, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601 |
| 15336168 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14692326 | + | SST/Medallion, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14692327 | | Stoneleigh Recovery Associates, LLC, P.O. Box 1479, Lombard, IL 60148-8479 |
| 14692335 | + | Westmoreland Fed Emp FCU, 238 S. Pennslyvania Avenue, Greensburg, PA 15601-3007 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 10 2023 00:05:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14725089 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 10 2023 00:05:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14750542 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 10 2023 00:07:13 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14692317 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2023 00:06:41 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14723954 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2023 00:06:41 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14692319 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2023 00:05:00 | Comenity Bank/Buckle, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14692320 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2023 00:05:00 | Comenity Bank/Victorias Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14692323 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 10 2023 00:05:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 14692322 | | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2023 00:06:58 | Gap Visa/Synchony Bank, P.O. Box 960017, Orlando, FL 32896-0017 |
| 14692321 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2023 00:05:00 | Dept. of the Treasury, Internal Revenue Service, Cincinnati, OH 45999-0030 |
| 14692318 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2023 00:06:57 | Chase Card, P.O. Box 15298, Wilmington, DE |

Case 17-23680-CMB   Doc 88   Filed 01/11/23   Entered 01/12/23 00:29:32   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19850 |
| 14707727 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Jan 10 2023 00:04:00 | Medallion Bank, c/o Systems & Services Technologies, Inc, PO Box 9013, Addison, Texas 75001-9013 |
| 14705383 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2023 00:07:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14692674 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 10 2023 00:07:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14692325 | + | Email/PDF: ebnotices@pnmac.com | Jan 10 2023 00:07:13 | Pennymac Loan Services, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 14748955 | | Email/PDF: ebnotices@pnmac.com | Jan 10 2023 00:07:01 | Pennymac Loan Services, LLC, P.O. Box 2010, Moorpark, CA, 93020 |
| 14760440 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2023 00:05:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14692328 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2023 00:06:58 | Syncb/Lumber Liquidators, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14692329 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2023 00:06:41 | Syncb/TJMaxx, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14757443 | + | Email/Text: bncmail@w-legal.com | Jan 10 2023 00:05:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14692330 | + | Email/Text: bncmail@w-legal.com | Jan 10 2023 00:05:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 14692331 | + | Email/PDF: tbiedi@PRAGroup.com | Jan 10 2023 00:07:11 | The Bureaus Inc., 1717 Central Street, Evanston, IL 60201-1507 |
| 14692332 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2023 00:07:13 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14692334 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 10 2023 00:05:00 | US Bank, P.O. Box 130, Hillsboro, OH 45133-0130 |
| 14759420 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 10 2023 00:05:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14692333 | + | Email/Text: BAN5620@UCBINC.COM | Jan 10 2023 00:04:00 | United Collection Bureau, Inc., 5620 Southwyck Boulevard, Suite 206, Toledo, OH 43614-1501 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Medallion Bank |
| cr | | Pennymac Loan Services, LLC |
| cr | | Systems & Services Technologies, Inc. as servicer |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | USB Leasing LT |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14756141 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Westmoreland Community Federal Credit Union, 2900 Seminary Drive, Building G, Greensburg, PA 15601 |
| cr | ##+ | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG, PA 15601-3734 |

TOTAL: 5 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

Case 17-23680-CMB    Doc 88    Filed 01/11/23    Entered 01/12/23 00:29:32    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2023 | Form ID: pdf900 | Total Noticed: 33 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Medallion Bank bnicholas@kmllawgroup.com |
| Brian J. Bleasdale | on behalf of Debtor Timothy R. Evans bleasdb@yahoo.com |
| Brian J. Bleasdale | on behalf of Joint Debtor Lindsey R. Evans bleasdb@yahoo.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com |
| Karina Velter | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION kvelter@pincuslaw.com  ckohn@hoflawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Systems & Services Technologies  Inc. as servicer for Medallion Bank kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor Pennymac Loan Services  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Natalie Norina Piscione | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com  ndantonio@covellilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor USB Leasing LT amps@manleydeas.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 14