# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE: Lindsey R. Evans**
      **Timothy R. Evans d/b/a Innate**
**Fitness LLC**
                          **Debtor(s)**

**PENNYMAC LOAN SERVICES, LLC**
                          **Movant**
      **vs.**

**Lindsey R. Evans**
**Timothy R. Evans d/b/a Innate Fitness**
**LLC**
                          **Debtor(s)**

**Ronda J. Winnecour**,
                    **Trustee**

**BK NO. 17-23680 CMB**

**Chapter 13**

**Related to Claim No. 8**

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>September 26, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Lindsey R. Evans
307 Chanticleer Circle
New Stanton, PA 15672

Timothy R. Evans d/b/a Innate Fitness LLC
307 Chanticleer Circle
New Stanton, PA 15672

<u>Attorney for Debtor(s)</u>
Brian J. Bleasdale,, Esquire
Emerson Professional Building, 101 Emerson Avenue
 Aspinwall, PA 15215

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>September 26, 2022</u>

                    <u>**/s/Brian C. Nicholas Esquire**</u>
                    Brian C. Nicholas Esquire
                    Attorney I.D. 317240
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    201-549-5366
                    bnicholas@kmllawgroup.com